**SO ORDERED.**

**Dated: November 30, 2020**



*Madeleine C. Wanslee*
**Madeleine C. Wanslee, Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 13 |
| ERIK A. ANGELO, | Case No. 2-20-bk-09905 MCW |
| Debtor. | **ORDER DISMISSING CASE** |

The Trustee having notified the Court that the Debtor **failed to make plan payments** and file his **2010-2013 & 2016-2018 State Tax Returns (POC #2)** as required by Local Rule 2084-5, the Court finds cause for dismissing the case pursuant to 11 U.S.C. § 1307(c)(1), (c)(4) and (e).

**NOW, THEREFORE, IT IS ORDERED:**

(A) This case is dismissed and the Clerk of the Court will give notice of the dismissal to all parties in interest; and

(B) A motion to reinstate the case may be granted without a hearing if the Trustee approves the proposed reinstatement order. If the Trustee does not approve of reinstatement of the case, the matter may be set for hearing upon the Debtor's motion. The Court may set a hearing on any motion to reinstate on the request of an interested party who had joined the Trustee's request for dismissal.

**ORDER SIGNED AND DATED ABOVE**